O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>A.T.E. ENVIRONMENTAL, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV 10-561 CAS(VBKx)<br><br>**JUDGMENT** |

Upon application by plaintiffs herein for a default judgment pursuant to Fed. R. Civ. Proc. 55(b), and it appearing to the Court that the default of defendant A.T.E. Environmental, Inc., a California corporation, was entered on May 17, 2010, in the office of the Clerk of this Court; and that no proceedings have been taken by the defendant since default was entered, and for good cause shown,

///

///

1

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust, shall recover from A.T.E. Environmental, Inc., a California corporation, the principal amount of $19,125.08 ($15,996.46 for fringe benefit contributions, $1,599.65 for liquidated damages, $528.97 for pre-judgment interest, and audit fees of $1,000.00), plus attorneys' fees of $6,820.00, costs of suit of $958.22, and post-judgment interest as provided by law.

DATED: July 12, 2010

_____
UNITED STATES DISTRICT JUDGE